UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SEAN BYRON COATS, SR.                                CIVIL ACTION

VERSUS                                               NUMBER: 14-1638

CAROLYN W. COLVIN,                                   SECTION: "N"(5)
ACTING COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION

## ORDER

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for summary judgment is denied, that Defendant's motion for summary judgment is granted, and that Plaintiff's suit is dismissed.

New Orleans, Louisiana, this 23rd day of September, 2015.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE